The information available on Case.net is provided as a service and is not considered an official court record.

Case.net:2622-CC02487 - TREVON ADAMS V HOME DEPOT USA INC (E-CASE) - Docket Entries

**Sort by date:** Descending Ascending          **Display options:** All Entries    ⌄

**07/21/2026**

Notice

Notice to State; Notice of Removal; Exhibit A part 1-State Court Pleadings; Exhibit A part 2-State Court Pleadings; Notice of Removal to Plaintiff; Civil Cover Sheet; Original Filing Form.

**Filed By:** EDWARD WILLIAM ZEIDLER II

**On Behalf Of:** HOME DEPOT USA INC

**07/01/2026**

**Corporation Served**

Document ID - 26-SMCC-4572; Served To - HOME DEPOT USA INC; Served Date - 06/23/2026; Served Time - 14:02:00; Service Type - SD; Reason Description - SERV; Service Text -

**06/22/2026**

**Summons Issued-Circuit**

Document ID: 26-SMCC-4572, for HOME DEPOT USA INC

**Correspondence Filed**

A LETTER MAILED TO PLAINTIFF WITTH 2 COPIES OF SUMMONS AND A COPY OF PETITION TO SEND TO SAINT LOUIS COUNTY, MO SHERIFF'S DEPARTMENT FOR SERVICE ON DEFENDANT

**Confid Filing Info Sheet Filed**

**06/17/2026**

**Judge Assigned**

**06/16/2026**

**Pet Filed in Circuit Ct**

**CRIFS/Unredacted Document**