**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| TREVON ADAMS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | Case No. 4:26-cv-01141SRC |
| Vs. | ) | |
| | ) | |
| HOME DEPOT U.S.A., INC., | ) | |
| | ) | |
|     Defendant. | ) | |

**MEMORANDUM TO COURT ADVISING OF SETTLEMENT**

COMES NOW Defendant Home Depot U.S.A., Inc., by and through its undersigned counsel, and hereby notifies this Court that a settlement agreement has been reached between the parties in this case. Defendant requests thirty (30) days from this date in order to file the Stipulation for Dismissal.

*/s/ Edward W. Zeidler II*
Edward W. Zeidler II  #56638MO
BROWN & JAMES, P.C.
800 Market Street, Suite 1100
St. Louis, Missouri  63101-2501
(314) 421-3400
(314) 421-3128 (Fax)
ezeidler@bjpc.com

1

**LEDERER WESTON CRAIG PLC**

Benjamin M. Weston
(Application PHV forthcoming)
4401 Westown Parkway, Suite 212
West Des Moines, Iowa  50266
Phone: (515)224-3911
Fax:    (515)224-2698
E-mail:   bweston@lwclawyers.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the U.S. District Court for the Eastern District of Missouri, using the ECF system which will send notification of such filing to the following, and also sent via U.S. Mail, postage prepaid: this 12th day of August, 2026 to:

Trevon Adams
3024 N. Sarah Street
St. Louis, MO  63115
*PRO SE PLAINTIFF*

*/s/ Edward W. Zeidler II*

33574956.1/jbk
8/4/2026

2